IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. DKC-26-125 |
| | * | |
| TROY BRIAN WORSLEY, | * | |
| | * | |
| Defendant. | * | |
| | * | |

*******

USDC- GREENBELT
'26 JUN 1 PM4:16

**MOTION TO UNSEAL**

The United States of America, by its attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland, and Lanay Mitchell, Special Assistant United States Attorney for said District, moves this Honorable Court for an Order unsealing the Indictment in the above-captioned matter.

1.      On or about April 9, 2026, a federal grand jury returned a (**one-count**) Indictment along with a sentencing and forfeiture allegation in the above-captioned matter.

2.      On or about June 1, 2026, the defendant appeared before the Honorable Gina L. Simms United States Magistrate Judge and was advised of the charges against him. Consequently, the reasons justifying sealing the Indictment have dissipated.

**WHEREFORE**, the government requests that the Indictment, Motion to Seal and all other documents filed in this action be unsealed.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

_____/_s/_____
Lanay Mitchell
Special Assistant United States Attorney

**ORDERED** as prayed, this ____ day of June 2026.

_____
Honorable Gina L. Simms
United States Magistrate Judge